UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
WILLIAM CONSTANT,

                              Plaintiff,

             - against -

ANNUCCI, et al.,

                            Defendants.
------------------------------------------------------------------------ X

**NOTICE OF APPEARANCE**

16 Civ. 3985 (NSR)

**TO THE CLERK OF THE COURT:**

    **PLEASE TAKE NOTICE** that the undersigned, Assistant Attorney General James B. Cooney, appears as counsel on behalf of the following defendant, and requests to receive notices of all docket events via the Electronic Case Filing System:

- Ronald **Cabral**; and
- Brian **Sturtevant**.

I certify that I am admitted to practice before this Court.

Dated: New York, New York
       September 20, 2016

                                                    ERIC T. SCHNEIDERMAN
                                                    Attorney General of the State of New York
                                                    Attorney for Above Defendants
                                                    By:
                                                    ***/s/ James B. Cooney***
                                                    JAMES B. COONEY
                                                    Assistant Attorney General
                                                    120 Broadway – 24th Floor
                                                    New York, NY 10271
                                                    (212) 416-6082
                                                    james.cooney@ag.ny.gov