**MEMO ENDORSED**

Defendants Motion to Dismiss is Denied without prejudice for failure to follow my Individual Practices. (See § 3.A.ii.) Clerk of the Court requested to terminate the motion (doc. 22).

Dated: Nov. 4, 2016

SO ORDERED:

_____
HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
WILLIAM CONSTANT,

      Plaintiff,

- against -

ANTHONY J. ANNUCCI, et al.,

      Defendants.
------------------------------------------------------------X

16 Civ. 3985 (NSR)

NOTICE OF DEFENDANTS'
PARTIAL MOTION TO DISMISS

**PLEASE TAKE NOTICE**, that upon the accompanying memorandum of law, defendants Anthony J. Annucci, Acting Commissioner of the New York State Department of Corrections and Community Supervision ("DOCCS"), Albert Prack, Director of DOCCS Special Housing and Inmate Disciplinary Program, William Lee, former Superintendent of DOCCS Green Haven Correctional Facility ("Green Haven"), Frederick Bernstein, M.D., Facility Health Services Director of Green Haven, Robert Bentivegna, M.D., DOCCS physician, Correction Officer ("CO") Nedzad Dapcevic, CO Ronald Cabral, CO Antonio Alban, CO Brian Sturtevent, CO Jonathan Markwick, CO Bryan Hess, and CO Michael Vennero, by their attorney, Eric T. Schneiderman, the Attorney General of the State of New York, hereby move this Court before the Honorable Nelson S. Roman, United States District Judge, at the United States Courthouse, 300 Quarropas Street, White Plains, NY 10601, for an Order pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, granting Defendants' partial motion to dismiss Plaintiff's Complaint, on the grounds that all claims for monetary damages against defendants in their official capacities fail due to Eleventh Amendment immunity, all claims against Acting Commissioner Annucci, Superintendent Lee, and Director Prack fail for not adequately pleading personal involvement, Commissioner Annucci, Superintendent Lee, and Director Prack are entitled to qualified immunity, and for such further relief as this Court deems just and proper.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/4/2016

**PLEASE TAKE FURTHER NOTICE**, that unless otherwise directed by the Court, pursuant to Local Civil Rule 6.1(b), any opposition papers are to be served within fourteen (14) days after service of defendants' moving papers. Reply papers shall be served within seven (7) days after service of the opposition papers.

Dated: New York, New York
November 3, 2016

                              Respectfully submitted,

                              ERIC T. SCHNEIDERMAN
                              Attorney General of the State of New York
                              <u>Attorney for the Defendants</u>
                              By:
                                  */s/ James B. Cooney*

                              JAMES B. COONEY
                              Assistant Attorney General
                              120 Broadway, 24th Floor
                              New York, NY 10271
                              Tel.: (212) 416-6082
                              Fax: (212) 416-6009
                              james.cooney@ag.ny.gov