UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
WILLIAM CONSTANT,                                               :
                                                                :    16-CV-3985(NSR)(JCM)
                                   Plaintiff,                   :
                                                                :    **NOTICE OF APPEARANCE**
         - against -                                            :
                                                                :
CORRECTION OFFICER N. DAPCEVIC, et al.,                         :
                                                                :
                                   Defendants.                  :
-------------------------------------------------------------- :
                                                                X

**PLEASE TAKE NOTICE** that the undersigned attorney, duly admitted to practice in this Court, hereby appears as counsel on behalf of Defendants in the above-captioned action.  Please serve all papers and direct all further correspondence and/or electronic notices to the undersigned.

Dated:  New York, NY
        January 10, 2010

                                                LETITIA JAMES
                                                Attorney General
                                                State of New York

                                                By: */s/ Deanna L. Collins*
                                                Deanna L. Collins
                                                Assistant Attorney General
                                                28 Liberty – 18th Floor
                                                New York, NY 10005
                                                (212) 416-8906
                                                deanna.collins@ag.ny.gov

                                                *Counsel for Defendants*