UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------
WILLIAM CONSTANT,

                Plaintiff,

v.                                               <u>ORDER</u>

CORRECTION OFFICER DAPCEVIC, et al.,     16-cv-03985 (PMH)

                Defendants.
---------------------------------------------------------

PHILIP M. HALPERN, United States District Judge:

This matter has recently been reassigned to me. Due to a further conference scheduled before Magistrate Judge McCarthy and to allow the parties to continue engaging in discovery, the case management conference scheduled for May 1, 2020 is hereby canceled.

Dated: New York, New York       **SO ORDERED:**
       April 13, 2020

                                                        _____
                                                        **Philip M. Halpern**
                                                       **United States District Judge**