# UNITED STATES DISTRICT COURT
The Charles L. Brieant, Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, New York 10601
(914) 390-4124

Chambers of
**Hon. Judith C. McCarthy**
United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
WILLIAM CONSTANT,

                    Plaintiff,

     -against-

ANTHONY J. ANNUCCI, *et al.*,

                    Defendants.
--------------------------------------------------------X

**SCHEDULING ORDER**

16 Civ. 3985 (PMH)(JCM)

TO ALL PARTIES:

The conference scheduled for May 22, 2020 at 10:00 a.m. before Magistrate Judge Judith C. McCarthy will be held through a teleconferencing service. Counsel shall call the following number at the time of the conference:

    <u>Toll-Free Number</u>: 877-873-8017
    <u>Access Code</u>: 4264138

Dated: April 14, 2020
          White Plains, New York

                                          **SO ORDERED:**

                                          _____
                                          JUDITH C. McCARTHY
                                          United States Magistrate Judge