UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
WILLIAM CONSTANT, : 16 Civ. 3985 (PMH)(JCM)
:
               Plaintiff, : **ORDER**
:
   - against - :
:
CORRECTION OFFICER N. DAPCEVIC, et al., :
:
              Defendants. :
------------------------------------------------------------------ X

Whereas, as part of discovery in this action, Plaintiff has sought documents in the possession of Gregory Mazarin, M.D., an emergency medicine and trauma expert retained by the Office of the New York State Attorney General in the defense of the Defendants in the above-captioned matter;

Whereas, the documents sought include information of non-party Thomas Arminio, a party in *Arminio v. Holder*, 15-cv-5812 (SDNY), a case in which Dr. Mazarin was previously retained as an expert to opine as to Mr. Arminio's medical condition, and which may contain protected health information as defined in 45 C.F.R. § 160.103;

Whereas, the documents are relevant to the parties' claims and defenses;

It is hereby ordered that Defendants designate the documents as "Highly Confidential Material" and produce them to Plaintiff, subject to any appropriate objections, pursuant to the Stipulation of Confidentiality and Protective Order entered in this case on October 31, 2019.

**SO ORDERED**:

Dated:   July 13, 2020

*Judith C. McCarthy*
Hon. Judith C. McCarthy, USMJ