UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------- X
WILLIAM CONSTANT,

                    Plaintiff,                      16-CV-3985(PMH)

    -against-

N. DAPCEVIC, et al.,                   **STIPULATION AND**
                                                                **ORDER OF DISMISSAL**

                  Defendants.
-----------------------------------------------------X

        Pursuant to Federal Rule of Civil Procedure 41(a)(2), plaintiff William Constant hereby stipulates and agrees to the withdrawal and dismissal, with prejudice, of all claims against defendants Correction Officer ("CO") Jonathan Markwick, CO Bryan Hess, CO Michael Vennero, and Sergeant Ronald Cabral in the above-captioned action, upon the Court's Order, without costs or attorneys' fees to any party as against any other.

        The parties hereby stipulate and agree that the signatures appearing below will be deemed to be originals.

        After due deliberation, the Court HEREBY ORDERS AND DECREES that all of the claims asserted against defendants CO Jonathan Markwick, CO Bryan Hess, CO Michael Vennero, and Sergeant Ronald Cabral in the above-captioned case, are dismissed in their entirety, with prejudice, and without costs or attorneys' fees to any party as against any other.

Dated:  Westchester County, New York
          March 20, 2021

                                                            LETITIA JAMES
                                                            Attorney General
                                                            State of New York
                                                            *Attorney for Defendants*

                                                            By: _____
                                                                    Deanna O. Cohn

Deanna L. Collins<br>
Assistant Attorney General<br>
28 Liberty Street, 18th Floor<br>
New York, New York 10005<br>
(212) 416-8906

Dated: Carle Place, New York
       March 19, 2021

Sokoloff Stern LLP
*Attorneys for Plaintiff*

By:

*/s/ V. Pelage*

Mark A. Radi
Vernée C. Pelage
179 Westbury Avenue
Carle Place, New York 11514
(516) 334-4500

SO ORDERED.

Dated:  White Plains, New York
        March ____, 2021

_____
Hon. Philip M. Halpern
United States District Judge

2