UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------- X
WILLIAM CONSTANT,                                 :
                                                  :
                        Plaintiff,                :          16-CV-3985(PMH)
                                                  :
        -against-                                 :
                                                  :          **STIPULATION AND**
N. DAPCEVIC, et al.,                              :          **ORDER OF DISMISSAL**
                                                  :
                        Defendants.               :
-------------------------------------------------- X

        Pursuant to Federal Rule of Civil Procedure 41(a)(2), plaintiff William Constant

hereby stipulates and agrees to the withdrawal and dismissal, with prejudice, of all claims against

defendants Correction Officer ("CO") Jonathan Markwick, CO Bryan Hess, CO Michael Vennero,

and Sergeant Ronald Cabral in the above-captioned action, upon the Court's Order, without costs or

attorneys' fees to any party as against any other.

        The parties hereby stipulate and agree that the signatures appearing below will be

deemed to be originals.

        After due deliberation, the Court HEREBY ORDERS AND DECREES that all of the

claims asserted against defendants CO Jonathan Markwick, CO Bryan Hess, CO Michael Vennero,

and Sergeant Ronald Cabral in the above-captioned case, are dismissed in their entirety, with

prejudice, and without costs or attorneys' fees to any party as against any other.

Dated:  Westchester County, New York
        March 20 , 2021

                                LETITIA JAMES
                                Attorney General
                                State of New York
                                *Attorney for Defendants*

                                By:

                                _Deanna O. Colin_

Deanna L. Collins
Assistant Attorney General
28 Liberty Street, 18th Floor
New York, New York 10005
(212) 416-8906

Dated: Carle Place, New York
      March 19, 2021

                      Sokoloff Stern LLP
                      *Attorneys for Plaintiff*

                      By:

                      Mark A. Radi
                      Vernée C. Pelage
                      179 Westbury Avenue
                      Carle Place, New York 11514
                      (516) 334-4500

SO ORDERED.

Dated:  White Plains, New York
        March **22**, 2021

                      Hon. Philip M. Halpern
                      United States District Judge