UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
WILLIAM CONSTANT,                      :

                            Plaintiff,         :

      - against -                        :          16-cv-3985(PMH)

N. DAPCEVIC, et al.,                   :          **NOTICE OF APPEARANCE**

                           Defendants.    :
------------------------------------------------------------- X

        PLEASE TAKE NOTICE that the undersigned attorney, duly admitted to practice in this Court, appears in the above captioned matter in representing defendants Correction Officers Nedzad Dapcevic, Antonio Alban, and Brian Sturtevent, on behalf of LETITIA JAMES, Attorney General of the State of New York. Please serve all papers and direct all further correspondence and/or electronic notices to the undersigned.

Dated: New York, New York
          December 23, 2021

                                                      Respectfully submitted,

                                                      LETITIA JAMES
                                                      Attorney General of the
                                                        State of New York
                                                      <u>Attorney for Defendants</u>
                                                     By:

                                                    <u>/s/ Steven N. Schulman</u>
                                                     STEVEN N. SCHULMAN
                                                    Assistant Attorney General
STEVEN N. SCHULMAN                28 Liberty Street
Assistant Attorney General           New York, New York 10005
     <u>of Counsel</u>                                (212) 416-8654
                                                     steven.schulman@ag.ny.gov


TO:      Counsel of Record (by ECF)