UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
WILLIAM CONSTANT,

                            Plaintiff,

      -against-

ANTHONY J. ANNUCCI, Acting Commissioner of the New York State Department of Corrections and Community Supervision (DOCCS), ALBERT PRACK, Director of Special Housing and Inmate Disciplinary Programs, DOCCS, WILLIAM LEE, Superintendent of Green Haven Correctional Facility ("Green Haven"), FREDERICK BERNSTEIN, M.D., Facility Health Services Director, Green Haven, ROBERT BENTIVEGNA, M.D., physician, Green Haven, Corrections Officers N. DAPCEVIC, R. CABRAL, A. ALBAN, B. STURTEVENT, J. MARKWICK, B. HESS, M. VENNERO, and JOHN and JANE DOES 1-20, all Individual Defendants in their individual and official capacities,

                            Defendants.
-------------------------------------------------------------------x

**NOTICE OF APPEARANCE**

16-CV-03985 (PMH)

      PLEASE TAKE NOTICE that STEVEN C. STERN, a member of the firm of SOKOLOFF STERN LLP, attorneys for plaintiff WILLIAM CONSTANT hereby files this notice for purpose of receiving ECF alerts via email.

Dated:  Carle Place, New York
         April 7, 2022

                                                SOKOLOFF STERN LLP
                                                *Attorneys for Plaintiff*

                                 By:  _____
                                         STEVEN C. STERN
                                         179 Westbury Avenue
                                         Carle Place, New York 11514
                                         (516) 334-4500