UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILLIAM CONSTANT,

                Plaintiff,

-against-

NEDZAD DAPCEVIC, et al.,

                Defendants.

**ORDER**

16-CV-03985 (PMH)

PHILIP M. HALPERN, United States District Judge:

    Counsel for all parties appeared for an in-person final pretrial conference today. As set forth more fully on the record, the Court issued rulings and directed as follows:

1. A ruling as to the extant *in limine* issue, *i.e.* whether Defendants may introduce evidence pertaining to the discipline DOCCS imposed on Plaintiff as a result of the underlying events, is unnecessary as the issue was rendered moot by Plaintiff's withdrawal of Exhibit 4.

2. The parties shall file a revised joint pretrial order, revising only pages 7, 8, and 9 of the Second Proposed Joint Pretrial Order, such that defendants may incorporate cross-designations of deposition testimony; the parties may revise the content of Plaintiff's Exhibit 12 and Defendants' Exhibit J as discussed at the conference and as agreed and consented to by the parties; and Defendants may add Exhibit P to their exhibit list as agreed and consented to by Plaintiff.

3. By October 27, 2022, the parties shall advise the Court by <u>joint</u> letter of any additions, deletions, or other revisions to the *voir dire* questionnaire and summary of the case that was circulated to counsel at the conference.

4. The parties shall advise the Court by 5:00 p.m. on October 28, 2022 what efforts have been made to locate Foster and the status of such efforts.

5. Three sets of exhibit binders with indices shall be produced to the Court no later than October 28, 2022.

6. The parties shall appear for jury selection and trial at 9:00 a.m. on November 1, 2022 in Courtroom 520.

See Transcript.

2

                                                       **SO ORDERED:**

Dated:   White Plains, New York
             October 24, 2022

                                                  PHILIP M. HALPERN
                                                  United States District Judge