**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
WILLIAM CONSTANT,

                Plaintiff,                16 **CIVIL** 3985 (PMH)

    -against-                      **JUDGMENT**

NEDZAD DAPCEVIC, ANTONIO ALBAN, and
BRIAN STURTEVENT,
                Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That after a Jury Trial before the Honorable Philip M. Halpern, United States District Judge, the jury having returned a verdict in favor of Defendants, and the Complaint is hereby dismissed.

**DATED:**  New York, New York
            November   16 , 2022

                                                                 **RUBY J. KRAJICK**

**So Ordered:**                                        **Clerk of Court**

                                              **BY:**      K. mango

      **U.S.D.J.**                                        **Deputy Clerk**